UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff** SCHIAVONE CONSTRUCTION CO., AMERICAN BRIDGE COMPANY, a Joint Venture | Case No.   07 CIV 8389 |
| -v- | **Rule 7.1 Statement** |
| THE CITY OF NEW YORK (Macombs Dam Bridge over the Harlem River) **Defendant** | |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Schiavone Construction Co., American Bridge Company, a Joint Venture (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party,
which are publicly held.

None.

Date: 9/26/07

**Signature of Attorney**

**Attorney Bar Code:**

VJT-2542

Form Rule7_1.pdf