



RECEIVED IN CHAMBERS
NAOMI REICE BUCHWALD
OCT 1 2 2007
UNITED STATES DISTRICT JUDGE

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

RICHARD SCHULSOHN
Tel: (212) 788-1198
Fax: (212) 788-8877
email: rschulso@law.nyc.gov

October 12, 2007



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/07

By Fax
Hon. Judge Naomi Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

Re: Schiavone Construction Co., American Bridge Co., a Joint Venture v. The City of New York
Index Number: 07-CV-8389

Dear Judge Buchwald:

I am the Assistant Corporation Counsel who is assigned to the referenced case. I am writing on behalf of defendant The City of New York to request an adjournment of six weeks from October 18, 2007, until November 30, 2007, to respond to the complaint.

I have spoken with Mr. Vincent Torna, plaintiff's counsel, who has courteously consented to this adjournment. This is the first such request in this matter. This request is made in order to afford this Office adequate time to adequately investigate and respond to the allegations in the complaint.

Thank you for your consideration of defendant's request for an adjournment from October 18, 2007, until November 30, 2007, to respond to the complaint.

So Ordered.
[signature]
Buchwald
Reice
[illegible notations]
10/15/07

Respectfully yours,

[signature]

Richard Schulsohn (RS 0982)
Assistant Corporation Counsel

cc: Vincent Torna, Esq. (by fax)