**JUDGE BUCHWALD**

○AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SCHIAVONE CONSTRUCTION CO.,
AMERICAN BRIDGE COMPANY, a Joint Venture

V.

THE CITY OF NEW YORK (Macombs Dam
Bridge over the Harlem River)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8389**

TO: (Name and address of Defendant)

City of New York
c/o Corporation Counsel of the City of New York
100 Church Street
New York, New York  10007
(212) 788-0303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent J. Torna
101 E. 52nd Street, 21st Floor
New York, New York  10022
Tel: (212) 644-1192
Fax: (212) 644-1020

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

*[signature]*

(By) DEPUTY CLERK

DATE   SEP 2 7 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/28/07 |
| NAME OF SERVER (PRINT)<br>Elliot Dupre | TITLE<br>Para-Legal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
NYC Law Department            NYC Department of Transportation
100 Church Street             40 Worth Street
NY NY 10007                   NY NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/07
             Date          Signature of Server

93-32 204th St Hollis NY 11423
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.