## AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK    )
                                            ss:
COUNTY OF NEW YORK )

ELLIOT DUPREY, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens County. That on the 28th day of September, 2007, deponent served the within **SUMMONS AND COMPLAINT** on the City of New York by hand delivery upon:

THE NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, New York 10007

THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION
40 WORTH STREET
NEW YORK, NEW YORK 10007

Elliott Duprey

Sworn to before me this
28th day of September, 2007

Notary Public

CECILIA VAZQUEZ
Notary Public State of New York
No. 01VA6103759
Qualified in Queens County
Commission Expires 01 12/20 08

## AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK    )
                                            ss:
COUNTY OF NEW YORK )

ELLIOT DUPREY, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens County. That on the 28th day of September, 2007, deponent served the within:

a) The assigned Judge's Individual Rules;

b) USDC/SDNY Instructions for Filing an Electronic Case or Appeal;

c) USDC/SDNY Procedures for Filing Electronic Case Filing; and

d) USDC/SDNY Guidelines for Filing Electronic Case Filing

on the City of New York by hand delivery upon:

THE NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, New York 10007

THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION
40 WORTH STREET
NEW YORK, NEW YORK 10007

_____
Elliott Duprey

Sworn to before me this
28th day of September, 2007

_____
Notary Public

CECILIA VAZQUEZ
Notary Public State of New York
No. 01VA6103759
Qualified in Queens County
Commission Expires 01 12/20__